**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-1799**

BENJAMIN JOHNSON,

              Plaintiff - Appellant,

         v.

COMMONWEALTH OF VIRGINIA,

              Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Henry C. Morgan, Jr., Senior District Judge. (2:09-cv-00186-HCM-TEM)

Submitted:  September 10, 2009        Decided:  September 14, 2009

Before  KING, DUNCAN, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Benjamin Johnson, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Benjamin Johnson appeals the district court's order dismissing without prejudice his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Johnson v. Virginia, No. 2:09-cv-00186-HCM-TEM (E.D. Va. filed June 15, 2009; entered June 16, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED